ASHLEY E. BAUERLE
NV Bar No. 13823
E-mail:abauerle@cozen.com
COZEN O'CONNOR
3753 Howard Hughes Pkwy
Suite 200
Las Vegas, NV 89169
Telephone: 702.470.2330

Attorney for Plaintiff
VIGILANT INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CLARK COUNTY, NEVADA

| | |
|---|---|
| VIGILANT INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>KOHLER CO.; LSP PRODUCTS GROUP, INC.; and DOES 1 through 30, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-001798-JAD-VCF<br><br>STIPULATION AND ORDER TO REMAND CASE TO EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, CLARK COUNTY |

**IT IS HEREBY STIPULATED** by and between Plaintiff Vigilant Insurance Company and Defendant Kohler Co. by and through their counsel of record as follows:

**WHEREAS**, on August 5, 2022 Plaintiff commenced this action by filing a subrogation Complaint in the Eighth Judicial District Court of the State of Nevada, Clark County against Defendant Kohler Co.;

**WHEREAS**, on October 26, 2022, Plaintiff filed a First Amended Complaint in the Eighth Judicial District Court of the State of Nevada, Clark County against Defendant Kohler Co. and Defendant LSP Products, Inc.

**WHEREAS**, on October 27, 2022 Defendant Kohler Co. removed this action to this Court before Defendant LSP Products, Inc. had been served with the First Amended Complaint filed in the Eighth Judicial District Court of the State of Nevada, Clark County;

////

**WHEREAS,** the Parties have met and conferred and agree and stipulate that the matter be remanded to the Eighth Judicial District Court of the State of Nevada, Clark County.

**THEREFORE, IT IS HEREBY STIPULATED** between the parties, by and through their respective attorneys of record, subject to an order of the Court, that the instant matter be remanded to the Eighth Judicial District Court of the State of Nevada, Clark County.

This stipulation is entered into without prejudice to Defendants' right to seek to remove this matter to a United States District Court of competent jurisdiction in the future.

DATED:  April 5, 2023          COZEN O'CONNOR

By: /s/ Ashley E. Bauerle
ASHLEY E. BAUERLE
3753 Howard Hughes Pkwy., Suite 200
Las Vegas, NV  89169
Telephone: 702.470.2330
Attorneys for Plaintiff,
VIGILANT INSURANCE COMPANY

DATED:  April 5, 2023          THORNDAL ARMSTRONG, PC

By: /s/ Brian K. Terry
BRIAN K. TERRY
1100 East Bridger Ave.
Las Vegas, NV  89101-5315
Telephone: 702.366.0622
Attorneys for Defendant,
KOHLER CO.

## ORDER

Based on the parties' stipulation [ECF No. 8] and good cause appearing, IT IS HEREBY ORDERED that the Clerk of Court is directed to **REMAND** this case back to the Eighth Judicial District Court, Department 24, Case No. A-22-856555-C, and **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: April 6, 2023